# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

DANAE MARCEL

VERSUS

CATHERINE MELANCON, STATE
FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY AND USAA
GENERAL INDEMNITY COMPANY

NO.  2019 CW 0763

SEP 2 5 2019

---

In Re:   USAA   General   Indemnity   Company,   applying   for
supervisory   writs,   32nd   Judicial   District   Court,
Parish of Terrebonne, No. 180873.

---

**BEFORE:  GUIDRY, McDONALD, AND CRAIN, JJ.**

    **WRIT NOT CONSIDERED.**   This writ application is untimely pursuant to Uniform Rules of Louisiana Courts of Appeal, Rules 4-2 and 4-3, in accordance with the provisions of La. Code Civ. P. art. 1914(A) and (B).   The minutes from the hearing held on December 21, 2018 indicate that the trial court denied the relator's motion for summary judgment in open court on that date.   However, the minutes do not indicate that the trial court ordered, or the relator requested, the preparation of a written judgment in accordance with La. Code Civ. P. art. 1914(B).   The relator's notice of intent was not filed until January 24, 2019, after the 30 day time period for seeking supervisory review had lapsed.

**JMG**
**JMM**
**WJC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT